**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Naarl Joseph RICHARD, a/k/a Noel H.
Richard, a/k/a Richard Earl, a/k/a
Richard Narrl, Defendant–Appellant.**

No. 16–6232

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2016

Decided: June 29, 2016

Naarl Joseph Richard, Appellant Pro Se. Nathan S. Williams, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Naarl Joseph Richard appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Richard, No. 2:09–cr–00992–PMD–1 (D.S.C. Jan. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED